OAO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

US MAGISTRATE COURT
GRG-SDTX
FILED

MAY - 4 2015  3C

SOUTHERN          DISTRICT OF          TEXAS

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.

Raul Montecillo
Guanajuato, Mexico

(Name and Address of Defendant)

FPD

DET/PE

5/7/15

**CRIMINAL COMPLAINT**

Case Number: 5/5mj 555

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2015** in **Webb** County, in the **Southern** District of **Texas** Defendant(s) did,

*(Track Statutory Language of Offense)*

The defendant did knowingly and unlawfully import from a place outside the United States, to wit: the Republic of Mexico, to a place in the United States, to wit: Laredo, Texas, a controlled substance listed under Schedule II, Title II of the Controlled Substances Act, to wit: approximately **2.89 kilograms (gross weight)** of **methamphetamine**, and knowingly and intentionally possessed with the intent to distribute the above mentioned controlled substances. Furthermore, the defendant did knowingly and unlawfully conspire to possess with intent to distribute the listed methamphetamines. in violation of **Title 21 United States Code, sections 841(a)(1), 846 and 952**.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846, and 952__.

I further state that I am a(n) __Special Agent, Homeland Security Investigations__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint:   X  Yes     No

Signature of Complainant

Phillip Chaves
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 4, 2015                                      at    Laredo, Texas
Date                                                    City and State

Guillermo R. Garcia, United States Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

# "ATTACHMENT A"

I, Phillip Chaves, a Special Agent of the United States Homeland Security Investigations (HSI), have knowledge of the following facts:

1. On May 2, 2015, Raul MONTECILLO, entered the United States via the Lincoln-Juarez Bridge in Laredo, Texas, at approximately 1:30 a.m. in a commercial passenger bus.

2. During an X-ray scan of MONTECILLO's suitcase, Customs and Border Protection (CBP) Officers discovered an anomaly in the lining of the suitcase. A canine inspection conducted by a narcotics detector dog, resulted with a positive alert to the odor of narcotics emitting from the suitcase. MONTECILLO claimed ownership of the suitcase to CBPOs.

3. CBP Officers removed two bundles from the lining of the suitcase which tested positive for the characteristics of methamphetamine. The combined weight of the two bundles was 2.89 kilograms.

4. On May 2, 2015, at approximately 4:13 a.m., HSI Special Agent (SA) Marlon Paredes advised MONTECILLO of his Miranda Rights. MONTECILLO elected to answer questions without the presence of an attorney.

5. MONTECILLO stated that he had been contracted by an acquaintance in Salamanca, Mexico, to smuggle the narcotics from Salamanca, Mexico, to Houston, Texas, for a monetary fee. MONTECILLO stated he knew he was transporting the narcotics concealed in the suitcase.